

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| APPLICATIONS SOFTWARE TECHNOLOGY LLC, as successor by merger and conversion to APPLICATIONS SOFTWARE TECHNOLOGY CORPORATION, and SERENE AST, LLC, | Case No. 2018-cv-00822 |
| Plaintiffs, | Honorable Ronald A. Guzman |
| v. | Magistrate Judge Daniel G. Martin |
| PARESH KAPADIA and SUAVIS CORPORATION, | |
| Defendants. | |

## TEMPORARY RESTRAINING ORDER

Cause comes to be heard on Plaintiffs Applications Software Technology LLC's and Serene AST, LLC's (collectively "Plaintiffs") Motion for Entry of Temporary Restraining Order, Defendants having notice of the Motion and appearing through counsel, and the Court finding, after hearing argument of counsel, that Plaintiffs have a likelihood of success on the merits of their claims and otherwise have satisfied the legal standard for the issuance of a temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure as more fully set forth on the record, it is HEREBY ORDERED:

(a) Defendants and those people and entities acting in concert with them are hereby restrained and enjoined from possessing, disseminating, disclosing, copying, transmitting, using, tampering with, destroying, secreting, or otherwise accessing any confidential and proprietary information that is the property of Plaintiffs;

(b) Defendant Kapadia is Ordered to deliver the laptop referenced in the Complaint to a mutually agreeable neutral third-party e-discovery vendor on or before 12:00 p.m. PST on Friday, February 9, 2018, for forensic examination in accordance with a

forensic protocol to be agreed upon by the parties before the commencement of the forensic examination;

(c) Defendants and those people and entities acting in concert with them, including, but not limited to, all former employees of Plaintiffs working for Suavis, are hereby restrained and enjoined from destroying any and all records, documents or deleting any electronic communications relating to Suavis, including, but not limited to, communications with Plaintiffs' customers or prospective customers, employees or business partners, including, but not limited to, Oracle, SugarCRM, Kronos, or Salesforce.com;

(d) Defendant Kapadia is hereby restrained and enjoined from, directly or indirectly, engaging in any conduct in violation of Section 6 of his Employment Agreement and Section 2 of his Non-Competition Agreement, as those Agreements are defined in the Complaint, including, but not limited to, the Non-Competition covenant, the non-solicitation of employees covenant, and the non-solicitation of customers covenant;

(e) Defendants and those people and entities acting in concert with them are hereby restrained and enjoined from interfering with Plaintiffs' relationships with their business partners, including but not limited to Oracle, SugarCRM, Kronos and Salesforce.com and any prospective customers referred by those business partners.

This Order shall be effective as of 10:20 a.m. on February 6, 2018, and shall be in full force and effect for fourteen (14) days, until February 20, 2018, at 10:20 a.m.

Dated: February 6, 2018.

Honorable Ronald A. Guzman
United States District Court Judge