IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| APPLICATIONS SOFTWARE TECHNOLOGY LLC, as successor by merger and conversion to APPLICATIONS SOFTWARE TECHNOLOGY CORPORATION, and SERENE AST, LLC, ) ) ) ) ) ) | Case No. 2018-cv-00822 |
| Plaintiffs, ) ) | Honorable Ronald A. Guzman |
| v. ) ) | Magistrate Judge Daniel G. Martin |
| PARESH KAPADIA and SUAVIS CORPORATION, ) ) ) | |
| Defendants. ) | |

**JOINT MOTION FOR ENTRY OF
STIPULATED AND AGREED ORDER**

Parties, Applications Software Technology LLC and Serene AST, LLC (collectively "Plaintiffs") and Paresh Kapadia and Suavis Corporation (collectively "Defendants"), by and through counsel, jointly move this Court for an entry of Stipulated and Agreed Order attached hereto as Exhibit A. In support thereof, parties state:

1. On January 31, 2018, Plaintiffs filed a Motion for Entry of Temporary Restraining Order ("TRO") and Preliminary Injunction ("PI") against the Defendants. *See* Dkt. No. 8.

2. On February 6, 2018, this Court granted Plaintiffs' request and entered a TRO against the Defendants. *See* Dkt. No. 21.

3. On February 13, 2018, the parties appeared before Magistrate Judge Daniel G. Martin and worked out an expedited discovery schedule in this case. Based on the parties' anticipated discovery, the status hearing was continued to March 16, 2018, and the PI hearing was set for March 27, 2018. *See* Dkt. No. 27.

4. On February 15, 2018, this Court granted Plaintiffs' request to extend the TRO until March 6, 2018. *See* Dkt. No. 33.

5. The parties have agreed to enter into the attached order and not proceed with the scheduled PI hearing.

6. Accordingly, the parties respectfully request that this Court enter the proposed Stipulated and Agreed Order, which has been agreed to by Plaintiffs and Defendants and has been submitted along with this Motion.

WHEREFORE, for the foregoing reasons, the parties jointly request that the Court enter the Stipulated and Agreed Order attached hereto.

Dated: February 26, 2018.

            Respectfully submitted,

            **APPLICATIONS SOFTWARE TECHNOLOGY LLC AND SERENE AST, LLC**

    By:  /s/ Gary Vist

            Nancy E. Sasamoto
            Gary Vist
            David J. Stein
            Jiwon J. Yhee
            Masuda, Funai, Eifert & Mitchell, Ltd.
            203 N. LaSalle Street, Suite 2500
            Chicago, Illinois 60601-1262
            Tel: (312) 245-7500
            Fax: (312) 245-7467
            nsasamoto@masudafunai.com
            gvist@masudafunai.com
            dstein@masudafunai.com
            jyhee@masudafunai.com
            *Attorneys for Plaintiff*

**PARESH KAPADIA and SUAVIS CORPORATION**

By: /s/ Mark H. Horwitch

Mark H. Horwitch
Katherine M. O'Brien
Jacob B. Berger

Tabet DiVito & Rothstein LLC
209 South LaSalle St., 7th Floor
Chicago, Illinois 60604
Telephone: (312) 762-9450
mhorwitch@tdrlawfirm.com
kobrien@tdrlawfirm.com
jberger@tdrlawfirm.com
***Attorneys for Defendants***

N:\SYS29\YC1\AST\Joint Motion for Entry of Agreed Order AST v Kapadia.docx